Circuit Court for Baltimore City
Case No. 24-C-21-002573
Argued:   June 2, 2022

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 7
September Term, 2021

_____

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

v.

LANDON MAURICE WHITE

_____

Fader, C. J.,
Watts
Hotten
Booth
Biran
Gould
Eaves

JJ.

_____

PER CURIAM ORDER

_____

Filed: June 6, 2022

| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | Misc. Docket AG No. 7 |
| LANDON MAURICE WHITE | * | September Term, 2021 |

## PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 6th day of June 2022

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Landon Maurice White be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

**ORDERED** that the Clerk of this Court shall strike the name of Landon Maurice White from the register of attorneys, and pursuant to Maryland Rule 19-761(b), shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

**ORDERED** that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 19-709(d), for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Landon Maurice White.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Matthew J. Fader
Chief Judge

Suzanne C. Johnson, Clerk